UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MURALI KRISHNA SIRAM,

    Plaintiff(s),

  v.

JOSEPH B. EDLOW, et al.,

    Defendant(s).

CASE NO. C25-2565-KKE

ORDER DENYING MOTION FOR LEAVE
TO FILE SURREPLY

   This matter is before the Court on Plaintiff Murali Krishna Siram's motion for leave to file a surreply.  Dkt. No. 18.  Siram, who proceeds *pro se*, asks the Court for "an opportunity to respond" to "new authorities and arguments" Defendants raised in their reply brief.  *Id.*  The Court will deny Siram's motion for the reasons below.

   The local rules of this District permit a party to file a surreply for the limited purpose of "requesting that the court strike" material raised in a reply brief.  *See* Local Rules W.D. Wash. LCR 7(g).  Local Civil Rule 7(g)(2) clarifies that "[e]xtraneous argument or a surreply filed for any other reason will not be considered."  LCR 7(g)(2); *see Farnes v. Metro Grp. Prop. & Cas. Ins. Co.*, No. C18-1882-BJR, 2019 WL 4044102, at *1 (W.D. Wash. July 31, 2019) (explaining that "address[ing] cases and allegedly new arguments raised in [a] reply brief" is "not proper grounds for filing a sur-reply under LCR 7(g).").  "A surreply is not an opportunity for rebuttal." *Thompson v. Seattle Pub. Schs.*, 2:25-CV-00468-TL, 2026 WL 1025392, at *1 (W.D. Wash. Mar.

ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY - 1

25, 2026) (denying motion for leave to file surreply under LCR 7(g)).  Here, Siram does not seek to strike any portion of Defendants' briefing, and instead intends to use the surreply to oppose authority raised in their reply.  Thus, the Court DENIES Siram's motion to file a surreply.  Dkt. No. 18.

Dated this 23rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY - 2